**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## <u>SHORT FORM COMPLAINT AND JURY DEMAND</u>

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co. |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION, individually, and as successor in interest to Sandoz Chemical Corporation |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CHEMDESIGN PRODUCTS INC. |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DEEPWATER CHEMICALS, INC. |
| Defendant 14 | DUPONT DE NEMOURS INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 15 | DYNAX CORPORATION |
| Defendant 16 | E. I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 17 | NATION FORD CHEMICAL COMPANY |
| Defendant 18 | NATIONAL FOAM, INC. |
| Defendant 19 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 21 | TYCO FIRE PRODUCTS, LP, individually and as successor in interest to The Ansul Company |

| Defendant 22 | DOE DEFENDANTS 1-20, possible fictitious names whose present identities are unknown |
|---|---|
| Defendant 23 | |
| Defendant 24 | |
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

☒    Diversity

☒    Federal Question

☒    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐    Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

> Kidney Cancer
> Testicular Cancer
> Thyroid Disease
> Ulcerative Colitis
> Liver Cancer
> Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**<u>Causes of Action</u>**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> <u>Other Causes of Action</u>:
> Count XII – Gross Negligence
> Count XIII – Negligent Misrepresentation
> Count XIV – Willful & Wanton Misconduct
> Count XV – Punitive Damages
> Count XVI – Tolling of the Statute of Limitations –
> Count XVII – Discovery Rule & Fraudulent Concealment
> Count XVIII – _____
> Count XIX – _____
> Count XX – _____

Others

_____

_____

_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 4, 2025

                                    Respectfully Submitted,

                                    */s/ Randi Kassan*
                                    Randi Kassan, Esq.
                                    Milberg Coleman Bryson Phillips Grossman, PLLC
                                    100 Garden City Plaza, Suite 408
                                    Garden City, NY 11530
                                    Telephone: (516) 741-5600
                                    Fax: (516) 741-0128
                                    E-mail: RKassan@milberg.com

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Acantilado, Robert J | 3/8/1966 | Hawaii | District of Hawaii | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 2. | Adams, David | 6/21/1960 | Ohio | Southern District of Ohio | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 3. | Adams, Kenneth | 2/27/1961 | Ohio | Northern District Of Ohio | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 4. | Almonte, Catrena | 10/7/1977 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 5. | Amann, Leita | 9/19/1978 | Ohio | Southern District of Ohio | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 6. | Andrade, Sherre | 2/12/1978 | Minnesota | District of Minnesota | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 7. | Appleton, John | 12/26/1965 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 8. | Aranda, John | 7/22/1969 | South Carolina | District of South Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 9. | Barok, David Shane | 4/11/1972 | California | Eastern District of California | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 10. | Barrett, Shellie | 8/17/1964 | Alabama | Northern District of Alabama | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 11. | Batten, Clifford | 11/6/1961 | Tennessee | Middle District of Tennessee | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 12. | Beeman, Jeromy | 8/29/1973 | Missouri | Western District of Missouri | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 13. | Begalla, James | 9/18/1964 | Ohio | Northern District Of Ohio | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 14. | Beltran, Domingo | 8/4/1980 | California | Central District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Ben-Gad, Israel | 10/3/1970 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 16. | Billions, Stephanie | 8/3/1974 | California | Central District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 17. | Blake, Kevin | 8/12/1962 | Kansas | District of Kansas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 18. | Borch Jr., John | 7/9/1973 | Nebraska | District of Nebraska | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 19. | Bowen, Michael | 3/17/1965 | Michigan | Western District of Michigan | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 20. | Brown Jr, Robert | 1/17/1962 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 21. | Burchett, Jimmy | 6/7/1970 | South Dakota | District of South Dakota | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 22. | Burlington, Tenaya | 7/2/1991 | Nevada | District of Nevada | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 23. | Chan, Fook | 6/7/1982 | California | Northern District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 24. | Choma, Daniel | 1/22/1965 | Illinois | Southern District of Illinois | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 25. | Clay, Tammy | 10/24/1969 | Texas | Northern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 26. | Cobis, Matthew | 3/11/1979 | Florida | Middle District of Florida | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 27. | Cochenour, Timothy | 10/8/1966 | Indiana | Southern District of Indiana | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 28. | Colebank, Matthew | 10/15/1976 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 29. | Connolly, Michael | 9/3/1966 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Crain, Marc | 10/17/1970 | Texas | Southern District of Texas | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 31. | Crampton, Eric | 7/10/1975 | Massachusetts | District of Massachusetts | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 32. | Dalton, Jeffrey | 9/17/1967 | Ohio | Southern District of Ohio | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 33. | Davis, LaFrances | 1/27/1978 | California | Central District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 34. | Dean, Kenneth | 6/4/1974 | Texas | Western District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | Delgado, Juan | 6/14/1972 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 36. | Dunsworth, Deana | 1/6/1978 | Missouri | Western District of Missouri | Yes | Yes | Yes | Thyroid Cancer, Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 37. | Dusen, Sean | 5/18/1970 | California | Central District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 38. | Eber III, Joseph | 1/17/1966 | Connecticut | District of Connecticut | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 39. | England, Dennis Gordon | 6/17/1974 | Oklahoma | Western District of Oklahoma | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 40. | Estey, Frank | 9/26/1975 | Utah | District of Utah | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | XII, XIII, XIV, XV, XVI, XVII |
| 41. | Fagan Jr., Donald | 10/28/1963 | Texas | Western District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 42. | Fann, Daniel | 7/16/1976 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 43. | Farris, Luttrell | 5/15/1988 | Oklahoma | Western District of Oklahoma | Yes | Yes | Yes | Thyroid Disease, Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 44. | FordAshby, Sara | 1/20/1975 | Nevada | District of Nevada | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 45. | Frink, Tabitha | 9/30/1978 | Alabama | Northern District of Alabama | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 46. | Garcia, David | 6/28/1968 | Texas | Southern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 47. | Glade, Charles | 2/17/1976 | Montana | District of Montana | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 48. | Golden-Lewis, Sandra | 6/6/1972 | North Carolina | Western District of North Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 49. | Graves, James | 3/6/1979 | Texas | Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 50. | Hackett, Kevin | 1/31/1961 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 51. | Hagen, Kevin | 9/8/1967 | Washington | Western District of Washington | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 52. | Harris, Racheal | 7/18/1973 | Florida | Middle District of Florida | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 53. | Hebert, Craig | 1/1/1965 | Louisiana | Middle District of Louisiana | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 54. | Herrington, John | 12/9/1960 | Arkansas | Eastern District of Arkansas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 55. | Hoffmann Jr, Thomas | 3/17/1970 | Texas | Southern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 56. | Hopper, James | 12/31/1972 | California | Central District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 57. | Hudson, Michael | 10/25/1969 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 58. | Hulstedt, Joseph | 7/24/1975 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 59. | Hunter, Shawn | 11/5/1971 | Ohio | Southern District of Ohio | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 60. | Hyden Jr., Mark | 4/30/1971 | Texas | Southern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 61. | Johnson, Jamal | 9/7/1971 | California | Southern District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 62. | Jones, Jason | 2/14/1979 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 63. | Jones, Melyssa | 1/18/1976 | Ohio | Southern District of Ohio | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 64. | Jung, Joseph | 8/17/1969 | New Jersey | District of New Jersey | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 65. | Kelley, Richard | 11/8/1960 | Texas | Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 66. | Kocourek, Lance | 1/7/1966 | Nebraska | District of Nebraska | Yes | Yes | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | XII, XIII, XIV, XV, XVI, XVII |
| 67. | Koenig, Gregory | 1/26/1967 | Ohio | Southern District of Ohio | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 68. | Krueger, Leslie | 6/14/1962 | Texas | Western District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 69. | Lane, Christopher | 7/17/1975 | West Virginia | Northern District of West Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 70. | Larkin, Thomas | 10/26/1963 | Florida | Southern District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 71. | Layell, Scott | 11/6/1970 | Kentucky | Western District of Kentucky | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 72. | Lewis, Charles | 12/17/1992 | Arkansas | Eastern District of Arkansas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 73. | Lindsay Sr., James | 2/1/1961 | Washington | Eastern District of Washington | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 74. | Lindstrom Sr., Richard | 7/4/1968 | Kentucky | Western District of Kentucky | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 75. | Livingston, Michael | 11/25/1969 | California | Eastern District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 76. | Logue Jr, John | 12/11/1968 | Texas | Northern District of Texas | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 77. | Lott, Larry | 7/27/1962 | New York | Western District of New York | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 78. | Marciniak, Thomas | 4/28/1967 | Michigan | Eastern District of Michigan | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 79. | Matthews, Tabatha | 8/17/1972 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 80. | McClure, Matthew | 12/21/1975 | Indiana | Northern District of Indiana | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 81. | McKee, Erin | 8/12/1971 | Tennessee | Eastern District of Tennessee | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 82. | McMindes, Nakisha | 1/10/1981 | Tennessee | Middle District of Tennessee | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII,  XIII, XIV, XV, XVI, XVII |
| 83. | Moore, Jason | 7/11/1969 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII,  XIII, XIV, XV, XVI, XVII |
| 84. | Motley, Ralph | 11/4/1962 | Virginia | Western District of Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII,  XIII, XIV, XV, XVI, XVII |
| 85. | Mulcahy, Charles | 12/31/1965 | Rhode Island | District of Rhode Island | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII,  XIII, XIV, XV, XVI, XVII |
| 86. | Navarro Jr, Marco | 11/26/1973 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII,  XIII, XIV, XV, XVI, XVII |
| 87. | Needham, Christopher | 2/24/1977 | North Carolina | Eastern District of | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | North Carolina | | | | | XII, XIII, XIV, XV, XVI, XVII |
| 88. | Needham jr, John | 9/25/1960 | Pennsylvania | Middle District of Pennsylvania | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 89. | Nunez, Delia | 2/3/1975 | Oklahoma | Western District of Oklahoma | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 90. | ONeal, Lakeisha | 7/24/1978 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 91. | Ottesen, Timothy | 2/26/1966 | South Carolina | District of South Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 92. | Pan, Joseph | 8/16/1976 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 93. | Pankuch, Ronald | 12/5/1968 | Ohio | Northern District Of Ohio | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 94. | Parker, Carey | 12/25/1973 | Alabama | Northern District of Alabama | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 95. | Payne, Joel | 9/15/1960 | Michigan | Eastern District of Michigan | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 96. | Pelgen Jr., James | 7/22/1966 | Kentucky | Eastern District of Kentucky | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 97. | Perez Jr, Arturo | 7/15/1965 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 98. | Perry, Evelyn | 1/9/1978 | Louisiana | Western Distirct of Louisiana | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 99. | Petersen, Tanya | 8/20/1976 | Oklahoma | Western District of Oklahoma | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 100. | Piwowar, Daniel | 3/28/1967 | Minnesota | District of Minnesota | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 101. | Pope, Ross | 7/13/1965 | Utah | District of Utah | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 102. | Porter, Elizabeth o/b/o Porter, Marshall | 1/29/1974 | Ohio | Southern District of Ohio | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | Powers, Travis | 10/11/1975 | California | Eastern District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 104. | Price, Andrew | 7/6/1978 | Texas | Western District of Texas | Yes | Yes | Yes | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 105. | Puth, Christopher | 4/6/1970 | California | Southern District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 106. | Rafus, Clonge | 8/30/1967 | California | Northern District of California | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 107. | Randolph, Darnell | 11/4/1972 | South Carolina | District of South Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 108. | Richburg, LaShon | 7/8/1974 | South Carolina | District of South Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 109. | Ringley, Matheau | 8/27/1971 | Pennsylvania | Middle District of Pennsylvania | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 110. | Ritzhaupt, Bobby | 1/16/1977 | Texas | Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII IX, XII, XIII, XIV, XV, XVI, XVII |
| 111. | ROACH, DAVID | 1/20/1978 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII IX, XII, XIII, XIV, XV, XVI, XVII |
| 112. | Robinson, Odell | 2/9/1967 | New York | Eastern District of New York | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 113. | Rockhill III, Donald | 7/26/1973 | Texas | Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 114. | Rogers, Robert | 6/30/1968 | Pennsylvania | Middle District of Pennsylvania | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 115. | Rosales, Napoleon | 8/22/1972 | California | Central District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 116. | Rose, Michael | 7/2/1970 | Iowa | Southern District of Iowa | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 117. | Saadon, Nathaniel | 10/23/1969 | Texas | Eastern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 118. | Saffold, John | 7/8/1971 | Washington | Western District of Washington | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 119. | Sanders, Robby | 8/14/1973 | Texas | Southern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 120. | Santiago, Luis | 11/18/1969 | Florida | Southern District of Florida | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 121. | Scarborough, Tiffany | 12/16/1985 | New Jersey | District of New Jersey | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 122. | Schofield, Joshua | 2/10/1979 | Alabama | Northern District of Alabama | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 123. | Scott, Christopher | 4/19/1982 | Tennessee | Eastern District of Tennessee | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 124. | Searcy, Samantha | 5/12/1992 | Texas | Western District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 125. | Selman, William | 3/22/1973 | Texas | Eastern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 126. | Sharp, Avery | 7/13/1975 | California | Southern District of California | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 127. | Sherman, Richard | 11/25/1969 | Michigan | Western District of Michigan | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 128. | Siciliano, Joseph | 8/16/1969 | North Carolina | Western District of | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | North Carolina | | | | | XII, XIII, XIV, XV, XVI, XVII |
| 129. | Spicer, Bryan | 8/12/1961 | Ohio | Northern District Of Ohio | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 130. | Springer Jr., James | 9/10/1974 | West Virginia | Northern District of West Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 131. | Stegall, Claudis | 9/29/1966 | Texas | Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 132. | Steinbeck, Larry | 6/10/1966 | Indiana | Northern District of Indiana | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 133. | Steward, Terrance | 3/25/1973 | Arkansas | Eastern District of Arkansas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 134. | Sullivan, Julie | 9/28/1973 | Ohio | Southern District of Ohio | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 135. | Summy, Crystal | 5/2/1985 | Texas | Western District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 136. | Sutton, Mariale | 9/28/1973 | California | Southern District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 137. | Tardif, Barbara | 8/4/1977 | Colorado | District of Colorado | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 138. | Thomas Jr., Dennis | 6/2/1973 | Arizona | District of Arizona | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 139. | Urbanek, Kurt | 10/18/1976 | Kansas | District of Kansas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | XII, XIII, XIV, XV, XVI, XVII |
| 140. | Voeuth, Cris-Aron | 3/5/1977 | Washington | Western District of Washington | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 141. | Walls, Albert | 1/8/1965 | Maryland | District of Maryland | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 142. | Walz, Gary | 8/14/1967 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 143. | Weasner, Gregory | 12/8/1960 | California | Northern District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 144. | Williams, Thomas | 5/3/1974 | West Virginia | Northern District of West Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 145. | Wilson, Kimberly | 12/26/1972 | California | Central District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 146. | Wittman, Richard | 3/15/1962 | Washington | Eastern District of Washington | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 147. | Wolfe, Jared | 8/27/1973 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 148. | Wood, Chad | 8/10/1970 | Iowa | Northern District of Iowa | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 149. | Young, Albert | 3/13/1966 | North Carolina | Middle District of North Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 150. | Zurich, Michael | 6/16/1971 | Maryland | District of Maryland | Yes | Yes | Yes | Thyroid Disease, Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | XII, XIII, XIV, XV, XVI, XVII |